**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

PARENTS INVOLVED IN COMMUNITY
SCHOOLS, a Washington nonprofit
corporation,
          *Plaintiff-Counter-Defendant-*
                           *Appellant,*

                    v.

SEATTLE SCHOOL DISTRICT, NO. 1, a
political subdivision of the State
of Washington; JOSEPH OLCHEFSKE,
in his official capacity as
superintendent; BARBARA SCHAAD-
LAMPHERE, in her official capacity
as President of the Board of
Directors of Seattle Public
Schools; DONALD NEILSON, in his
official capacity as Vice President
of the Board of Directors of
Seattle Public Schools; STEVEN
BROWN; JAN KUMASAKA; MICHAEL
PRESTON; NANCY WALDMAN, in
their official capacities as
members of the board of
Directors,
          *Defendants-Counter-Claimants-*
                           *Appellees.*

No. 01-35450

D.C. No.
CV-00-01205-BJR
Western District
of Washington,
Seattle

ORDER

On Remand from the United States Supreme Court

Filed August 22, 2007

10199

Before: Mary M. Schroeder, Chief Circuit Judge,
Harry Pregerson, Alex Kozinski, Andrew J. Kleinfeld,
Michael Daly Hawkins, William A. Fletcher,
Raymond C. Fisher, Richard C. Tallman,
Johnnie B. Rawlinson, Consuelo M. Callahan and
Carlos T. Bea, Circuit Judges.

---

# ORDER

This case was remanded to us from the United States Supreme Court. *See Parents Involved in Community Schools v. Seattle School District No. 1*, 127 S. Ct. 2738 (2007). In light of the Supreme Court's decision, we VACATE our opinion in *Parents Involved in Community Schools v. Seattle School Dist. No. 1*, 426 F.3d 1162 (9th Cir. 2005) (en banc), and REMAND to the district court for further proceedings.

PRINTED FOR
ADMINISTRATIVE OFFICE—U.S. COURTS
BY THOMSON/WEST—SAN FRANCISCO

The summary, which does not constitute a part of the opinion of the court, is copyrighted
© 2007 Thomson/West.